# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| HSBC BANK USA, NATIONAL ASSN, As Trustee for Ace Securities Corp. Home Equity Loan Trust, Series 2006-OP2, § § § § | | |
| Plaintiff, § | | |
| v. § | Civil Case No. 3:17-CV-891-M-BK | |
| PHILLIS HELUMS, § § § | | |
| Defendant. § | | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 31st day of August, 2017.

_____
BARBARA M. G. LYNN
CHIEF JUDGE